**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6359**

_____

ROBERT G. MOORE,

                Petitioner - Appellant,

      v.

UNITED STATES OF AMERICA; UNITED STATES FEDERAL INC.; KELLY
MADIGAN; GRANT MCDANIEL; JUDGE EMANUEL BROWN; JUDGE MARCUS
Z. SHAR; LAWRENCE ROSENBERG; JAMES SCOTT; OTHER TWO LAWYERS
UNKNOWN,

                Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. James K. Bredar, District Judge.
(1:14-cv-00375-JKB)

_____

Submitted:  May 29, 2014           Decided:  June 3, 2014

_____

Before SHEDD, WYNN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert G. Moore, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert G. Moore appeals the district court's order dismissing his "maritime tort claim" without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Moore v. United States</u>, No. 1:14-cv-00375-JKB (D. Md. Feb. 14, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>